UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA d/b/a SANTA CLARA VALLEY MEDICAL CENTER<br><br>*Defendant*. | Case No 4:23-cv-04411-JSW<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO PROCEED UNDER A PSEUDONYM**<br><br>Complaint Filed August 25, 2023 |

**ORDER**

Having read and considered Plaintiff's Administrative Motion to Proceed Under a Pseudonym and the arguments therein, the Court rules as follows:

1. Plaintiff's Administrative Motion to Proceed Under a Pseudonym is granted, and:

2. Plaintiff may proceed with this instant action under the pseudonym "Jane Doe".

IT IS SO ORDERED.

DATED: September 1, 2023

Jeffrey S. White
Senior United States District Court Judge

Case No. 4:23-cv-04411-JSW — 1 —