MICHAEL A. CADDELL (SBN 249469)
CYNTHIA B. CHAPMAN (SBN 164471)
AMY E. TABOR (SBN 297660)
CADDELL & CHAPMAN
628 East 9th Street
Houston, TX  77007-1722
Tel: (713) 751-0400
Fax: (713) 751-0906

FOSTER C. JOHNSON (SBN 289055)
JOSEPH AHMAD
NATHAN CAMPBELL
AHMAD, ZAVITSANOS & MENSING, PLLC
1221 McKinney Street, Suite 2500
Houston, TX  77010
Tel: (713) 655-1101
Fax: (713) 655-0062

Attorneys for Plaintiff
JANE DOE

TONY LOPRESTI, County Counsel (S.B. #289269)
XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
JOSÉ L. MARTIN, Deputy County Counsel (S.B. #203709)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA d/b/a SANTA CLARA VALLEY MEDICAL CENTER,<br><br>        Defendant. | No. 23-CV-04411 WHO<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR FILING RESPONSE AND REPLY BRIEFS REGARDING DEFENDANT COUNTY OF SANTA CLARA'S MOTION TO DISMISS**<br><br>Date:   May 1, 2024<br>Time: 2:00 pm<br>Crtrm: 2, 17th Floor<br>Judge: Hon. William H. Orrick |

1

1    Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Jane Doe ("Plaintiff") and

2    Defendant County of Santa Clara ("Defendant"), by and through their respective counsel of record,

3    hereby stipulate as follows.

4    WHEREAS Defendant filed a Motion to Dismiss, (ECF No. 47), and Request for Judicial

5    Notice, (ECF No. 48), on March 14, 2024;

6    WHEREAS Plaintiff's Response to Defendant's Motion to Dismiss and Request for Judicial

7    Notice are currently due on March 28, 2024;

8    WHEREAS Defendant's Reply in Support of its Motion to Dismiss and Request for Judicial

9    Notice is currently due seven days after the Response;

10    WHEREAS because of counsel's vacation and other scheduling conflicts, counsel have

11    agreed to a one-week extension of both the Response and Reply deadlines;

12    WHEREAS the proposed extensions will not alter the hearing scheduled on the Motion to

13    Dismiss and Request for Judicial Notice for May 1, 2024;

14    NOW, THEREFORE, the parties agree and jointly request that the Court order as follows:

15    1.    Plaintiff shall Respond to Defendant's Motion to Dismiss and Request for Judicial

16    Notice no later than April 4, 2024;

17    2.    Defendant shall file any Reply in Support of its Motion to Dismiss and Request for

18    Judicial Notice no later than April 18, 2024; and

19    3.    The Hearing on Defendant's Motion to Dismiss and Request for Judicial Notice shall

20    remain scheduled for May 1, 2024.

21

22    Dated:  March 25, 2024                    Respectfully submitted,

23
                                               By:  */s/ Michael A. Caddell*
24                                             MICHAEL A. CADDELL
                                               CYNTHIA B. CHAPMAN
25                                             AMY E. TABOR
                                               CADDELL & CHAPMAN
26
                                               Attorneys for Plaintiff JANE DOE
27

28

Joint Stipulation for Extension of Time for Filing Response and Reply          23-CV-04411 WHO
Briefs Regarding Defendant County of Santa Clara's Motion to Dismiss

1    Dated:  March 25, 2024                    By:  */s/ Xavier M. Brandwajn*
                                                    TONY LOPRESTI
2                                                   COUNTY COUNSEL
                                                    XAVIER M. BRANDWAJN
3                                                   JOSÉ L. MARTIN
                                                    Deputy County Counsel
4
                                                    Attorneys for Defendant
5                                                   COUNTY OF SANTA CLARA

6                                **CERTIFICATION**

7          Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence of Xavier Brandwajn in

8    the filing of this stipulation has been obtained.

9                                               */s/sAmy E. Tabor*
                                                   Amy E. Tabor
10

11   **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that:

12         1.      Plaintiff shall Respond to Defendant's Motion to Dismiss and Request for Judicial

13   Notice no later than April 4, 2024.

14         2.      Defendant shall file any Reply in Support of its Motion to Dismiss and Request for

15   Judicial Notice no later than April 18, 2024.

16         3.      The Hearing currently scheduled for May 8, 2024, remains scheduled at 2:00 p.m.

17         **THE PARTIES ARE REMINDED THAT THE BRIEFING SCHEDULE REQUIRED**

18   **BY THE LOCAL RULES IS SET SO THAT REPLIES ARE FILED AT LEAST 14 DAYS,**

19   **NOT 13 DAYS, IN ADVANCE OF THE HEARING.** *See* **Civ. L. R. 7-2(a) & 7-3.**

20

21

22   Dated:March 26, 2024                    _____

23                                           THE HONORABLE WILLIAM H. ORRICK
                                             U.S. District Court Judge
24

25

26

27

28
                                                   3