

MICHAEL A. CADDELL (SBN 249469)
CYNTHIA B. CHAPMAN (SBN 164471)
AMY E. TABOR (SBN 297660)
CADDELL & CHAPMAN
628 East 9th Street
Houston, TX  77007-1722
Tel: (713) 751-0400
Fax: (713) 751-0906

FOSTER C. JOHNSON (SBN 289055)
JOSEPH AHMAD
NATHAN CAMPBELL
AHMAD, ZAVITSANOS & MENSING, PLLC
1221 McKinney Street, Suite 2500
Houston, TX  77010
Tel: (713) 655-1101
Fax: (713) 655-0062

Attorneys for Plaintiff
JANE DOE

TONY LOPRESTI, County Counsel (S.B. #289269)
XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
JOSÉ L. MARTIN, Deputy County Counsel (S.B. #203709)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individually and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA d/b/a SANTA CLARA VALLEY MEDICAL CENTER,<br><br>          Defendant. | No. 23-CV-04411 WHO<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR FILING RESPONSE AND REPLY BRIEFS REGARDING DEFENDANT COUNTY OF SANTA CLARA'S MOTION TO DISMISS**<br><br>Date:   Oct. 30, 2024<br>Time: 2:00 pm<br>Crtrm: 2, 17th Floor<br>Judge: The Hon. William H. Orrick |

1

Joint Stipulation for Extension of Time for Filing Response and Reply          23-CV-04411 WHO
Briefs Regarding Defendant County of Santa Clara's Motion to Dismiss

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Jane Doe ("Plaintiff") and Defendant County of Santa Clara ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows.

WHEREAS Defendant filed a Motion to Dismiss (ECF No. 69) and Request for Judicial Notice (ECF No. 70) on August 30, 2024;

WHEREAS Plaintiff's Response to Defendant's Motion to Dismiss and Request for Judicial Notice is currently due on September 13, 2024;

WHEREAS Defendant's Reply in Support of its Motion to Dismiss and Request for Judicial Notice is currently due seven days after the Response;

WHEREAS because of counsel's other work obligations, vacation, and other scheduling conflicts, counsel have agreed to a one-week extension of both the Response and Reply deadlines;

WHEREAS the proposed extensions will not alter the hearing scheduled on the Motion to Dismiss and Request for Judicial Notice for October 30, 2024;

NOW, THEREFORE, the parties agree and jointly request that the Court order as follows:

1.      Plaintiff shall Respond to Defendant's Motion to Dismiss and Request for Judicial Notice no later than September 20, 2024;

2.      Defendant shall file any Reply in Support of its Motion to Dismiss and Request for Judicial Notice no later than October 4, 2024; and

3.      The Hearing on Defendant's Motion to Dismiss and Request for Judicial Notice shall remain scheduled for October 30, 2024.

Dated:  September 6, 2024                              Respectfully submitted,

                                        By:  */s/ Michael A. Caddell*
                                             MICHAEL A. CADDELL
                                             CYNTHIA B. CHAPMAN
                                             AMY E. TABOR
                                             CADDELL & CHAPMAN

                                             Attorneys for Plaintiff JANE DOE

1   Dated:  September 6, 2024          By:  */s/ Xavier M. Brandwajn*
2                                          TONY LOPRESTI
                                           COUNTY COUNSEL
3                                          XAVIER M. BRANDWAJN
                                           JOSÉ L. MARTIN
4                                          Deputy County Counsel

5                                          Attorneys for Defendant
                                           COUNTY OF SANTA CLARA

6                              **CERTIFICATION**

7          Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence of Xavier Brandwajn in

8   the filing of this stipulation has been obtained.

9                                          */s/Amy E. Tabor*
                                           Amy E. Tabor
10

11

12  **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that:

13         1.      Plaintiff shall Respond to Defendant's Motion to Dismiss and Request for Judicial

14  Notice no later than September 20, 2024.

15         2.      Defendant shall file any Reply in Support of its Motion to Dismiss and Request for

16  Judicial Notice no later than October 4, 2024.

17         3.      The Hearing currently scheduled for October 30, 2024 remains scheduled at 2:00 p.m.

18

19

20  Dated: _September 6, 2024__

21                                         THE HONORABLE WILLIAM H. ORRICK
                                           Senior U.S. District Court Judge
22

23

24

25

26

27

28

Joint Stipulation for Extension of Time for Filing Response and Reply          23-CV-04411 WHO
Briefs Regarding Defendant County of Santa Clara's Motion to Dismiss