UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CLARA,<br><br>    Defendant. | Case No. 23-cv-04411-WHO<br><br>**ORDER DISMISSING CASE**<br>Re: Dkt. No. 80 |

In a prior Order, I agreed with defendant that the Class Action Fairness Act ("CAFA") applies based on the face of the FAC and that I lack jurisdiction over this action. Dkt. No. 80. I gave plaintiff one last opportunity to amend to attempt to state a federal claim and indicated that if she did not file an amended complaint, I would dismiss this case without prejudice to plaintiff refiling her CMIA and Section 815.6 claims in state court. *Id*.

Plaintiff did not file an amended complaint. Therefore, this case is DISMISSED without prejudice for the reasons identified in my prior order. Dkt. No. 80.

The Clerk shall enter judgment and close this case.

**IT IS SO ORDERED.**

Dated: February 11, 2025



William H. Orrick
United States District Judge