UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br>        Plaintiff,<br>    v.<br>COUNTY OF SANTA CLARA,<br>        Defendant. | Case No. 23-cv-04411-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 83 |

Pursuant to the Court's Order Dismissing Case, Judgment is accordingly entered in favor of Defendant, County of Santa Clara, and against Plaintiff.

Dated: February 11, 2025                                             Mark B. Busby, Clerk

                                                                                                                      By: Jean M. Davis, Deputy Clerk